CURTIN v. WHEELEHAN. (Supreme Court, Appellate Term. May 4, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Daniel Curtin against Matthew J. Wheelehan. Judgment for plain-

tiff, and defendant appeals. Reversed, and new trial ordered. Henry L. Franklin and Matthew J. Wheelehan, for appellant. Gilbert Ray Hawes, for respondent.

PER CURIAM. After a careful consideration of the testimony, we are of the opinion that it was error to exclude the letter; and, if such letter had been admitted, a question of fact would have been presented for the determination of the jury. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

DANIEL GILMOUR DOOR CO., Respondent, v. SHOLLENBERGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by the Daniel Gilmour Door Company against Daniel Shollenberger and another. No opinion. Order affirmed, with $10 costs and disbursements.